No. 47851.—Protest 82102–K of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that certain of the items consist of mufflers in chief value of silk, valued at more than $5 per

dozen, hemmed or hemstitched, not block-printed by hand, imported subsequent to the effective date of said trade agreement, and that the merchandise is similar in all material respects to that the subject of Abstract 44055, the claim at 45 percent under paragraph 1209 and T. D. 49753 was sustained.